FILED
 2009 Mar-11  AM 11:40
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MARVIN ANTHONY HUDSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 4:08-cv-1628-VEH |
| | ) |
| **JOSEPH HUBBARD, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 16, 2009, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). (Doc. 10). The plaintiff filed objections to the report and recommendation on January 28, 2009. (Doc. 13.)

In his objections, the plaintiff argues that he filed a petition for writ of mandamus in the Alabama Court of Criminal Appeals and, therefore, he is not required to exhaust state remedies prior to filing an action in federal court for the dismissal of charges against him. However, the plaintiff states in his complaint that he filed the petition for writ of mandamus to order the state district court to provide certain documents to the plaintiff, not to seek dismissal of the charges against him.

(Compl. at 5.)  Moreover, to the extent that the plaintiff's complaint can be read to request dismissal of the pending charges, such relief is not appropriate in a § 1983 action.

The plaintiff further argues that the "Anti-Injunction Act" allows this court to intervene in his state court proceedings.  The plaintiff's argument is misplaced.  It is well settled that a federal court will not interfere with ongoing state criminal proceedings except under extraordinary circumstances in which the litigant has alleged great, immediate, and irreparable injury.  *See Younger v. Harris*, 401 U.S. 37 (1971).  There is no great, immediate, or irreparable injury to the plaintiff according to his allegations.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed  pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

**DONE** this the 11th day March, 2009.

                                                                                    /s/ VEHopkins
                                                                                    **VIRGINIA EMERSON HOPKINS**
                                                                                    United States District Judge